# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN EARLE | : | CIVIL ACTION |
| v. | : | |
| BARRY SMITH, et al. | : | NO. 21-4830 |

**O R D E R**

PAUL S. DIAMOND, J.

AND NOW, this _____ day of _____, 2023, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED IN PART and DISMISSED IN PART; there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
PAUL S. DIAMOND, J.